IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| BETH GERNENZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:23-cv-00192-JTM-JEM |
| | ) | |
| v. | ) | Judge James T. Moody |
| | ) | Magistrate Judge John E Martin |
| MAKWA, LLC doing business as | ) | |
| MAKWA FINANCE; | ) | |
| LDF HOLDINGS, LLC; | ) | |
| MELINDA WALKER; | ) | |
| and JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiff Beth Gernenz ("Plaintiff") submits this notice to inform the Court that the parties have settled this matter in principle and expect to file dismissal papers within the next sixty days. Accordingly, Plaintiff respectfully requests that all deadlines be stayed.

Respectfully submitted,

*/s/Matthew J. Goldstein*
Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
    **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

1

## CERTIFICATE OF SERVICE

I, Matthew J. Goldstein, certify that on Tuesday, October 24, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record. I further certify that I sent the forgoing document to the following:

    Patrick McAndrews
    Spencer Fane LLP
    pmcandrews@spencerfane.com

    *Counsel for Makwa, LLC, LDF Holdings, LLC, and Melinda Walker*

    /s/Matthew J. Goldstein
    Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Heather Kolbus
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
hkolbus@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com